*Joseph P. Cooney,* for the appellee (defendant).

*John M. Scanlon,* for the appellants (plaintiffs).

Argued December 7—decided December 7, 1965

MARGUERITE L. NOWELL *v.* AMES NOWELL

The motion by the plaintiff to dismiss the appeal from the Superior Court in Fairfield County is granted.

*Edgar W. Bassick III,* for the appellee (plaintiff).

*John J. Sullivan,* for the appellant (defendant).

Argued December 7—decided December 7, 1965

MICHAEL NICHOLSON ET AL. *v.* THE CONNECTICUT HALF-WAY HOUSE, INC.

The motion by the plaintiffs that the defendants be ordered to pay the cost of printing the appendix to the briefs in the appeal from the Court of Common Pleas in Hartford County is denied.

*Henry D. Marcus,* in support of the motion.

*Joseph P. Cooney, John A. Berman* and *John E. Silliman,* in opposition.

Submitted November 17—decided December 9, 1965

STATE OF CONNECTICUT *v.* AEDAN McCARTHY

The motion by the defendant for review of the order denying bail in the appeal from the Superior Court in New Haven County is denied.

*Howard A. Jacobs,* in support of the motion.

Submitted December 2—decided December 22, 1965